# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19-CR-4918-LAB |
|---|---|
| Plaintiff, | ORDER TO DISMISS COUNT 2 OF THE INDICTMENT |
| v. | |
| JOSE LUIS LUCERO PERU, | |
| Defendant. | |

Based upon the Motion of the United States, and good cause appearing therefor, it is hereby ORDERED that Count 2 of the Indictment in Case Number 19-CR-4918 shall be dismissed without prejudice.

DATED this 28th day of January, 2020.

_____
HON. LARRY ALAN BURNS
CHIEF UNITED STATES DISTRICT JUDGE